UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMIR HUSSEIN BABAKHANLOU,      )   No. CV26-01012-JHC
                                                    )
                    Petitioner,                     )
                                                    )   **ORDER FOR APPOINTMENT OF**
          v.                                        )   **COUNSEL**
                                                    )
PAMELA BONDI, et al.,                               )
                                                    )
                    Respondents.                    )
                                                    )

THE COURT has considered Petitioner Amir Hussein Babakhanlou's motion for appointment of counsel.  Dkt. # 2.

IT IS ORDERED that Assistant Federal Public Defender Dennis Carroll is appointed to represent Petitioner.

DATED this 27th day of March 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER FOR APPOINTMENT OF COUNSEL
(*Babakhanlou v. Bondi, et al.*, CV26-01012-JHC) - 1